THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* BENJAMIN REISS, Appellant.

Submitted January 16, 1939; decided February 21, 1939.

*Samuel Segal* for appellant.

*Thomas E. Dewey,* District Attorney (*Stanley H. Fuld* and *Lawrence E. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.